FILED

DEC 20 2018      **Attachment A**

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Wayne Christopher Watkins

_Your full name_

v.

V. Matteson, L. Butler,
J. Connelly, Jennifer Saad

_Enter above the full name of defendant(s) in this action_

**FEDERAL CIVIL RIGHTS
COMPLAINT
(_BIVENS_ ACTION)**

Civil Action No.: 3:18 cv 203
_(To be assigned by the Clerk of Court)_

Groh
Trumble
Sims

### I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

### II.    PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

A.    Name of Plaintiff: Wayne C. Watkins   Inmate No.: 13966-029
Address: F.C.I. Gilmer, P.O. Box 6000, Glenville, WV 26351

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

**Attachment A**

B.      Name of Defendant: V. Matteson
        Position: Correctional Officer
        Place of Employment: F.C.I. Gilmer
        Address: 201 F.C.I. Lane, Glennville, WV 26351

        Was this Defendant acting under the authority or color of federal state
        law at the time these claims occurred?      ☑ Yes        ☐ No

        If your answer is "YES," briefly explain: V. Matteson is a female
        Correctional Officer employed at F.C.I. Gilmer,
        whom of which wrote incident report #3047192
        against me.

B.1    Name of Defendant: L. Butler
        Position: Case Worker on Unit C4
        Place of Employment: F.C.I. Gilmer
        Address: 201 F.C.I. Lane, Glennville, WV 26351

        Was this Defendant acting under the authority or color of federal state
        law at the time these claims occurred?      ☑ Yes        ☐ No

        If your answer is "YES," briefly explain: L. Butler is the Case
        worker for my Unit (C4), Whom of which found
        me guilty of incident report #3047192 at my
        UDC hearing.

B.2    Name of Defendant: J. Connelly
        Position: Counsellor Counsellor of Unit C4
        Place of Employment: F.C.I. Gilmer
        Address: 201 F.C.I. Lane, Glennville, WV 26351

        Was this Defendant acting under the authority or color of federal state
        law at the time these claims occurred?      ☑ Yes        ☐ No

Attachment A

If your answer is "YES," briefly explain: J. Connelly is the Counsellor for my Unit (C4), Whom of which found me guilty of #A incident report # 3047192 at my UDC hearing.

B.3    Name of Defendant: Jennifer Saad
       Position: Warden at F.C.I Gilmer
       Place of Employment: F.C.I Gilmer
       Address: 201 F.C.I. Lane, Glennville, WV 26351

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: Jennifer Saad failed to dismiss the frivolous claims made by V. Matteson and the guilty verdict of incident report #3047192 at the UDC hearing held by L. Butler and J. Connelly.

B.4    Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes        ☐ No

If your answer is "YES," briefly explain: _____

B.5    Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____
_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?      ☐ Yes          ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution:  F.C.I  Gilmer _____

A.    Is this where the events concerning your complaint took place?
☑ Yes        ☐ No

If you answered "NO," where did the events occur?
_____

B.    Is there a prisoner grievance procedure in the institution
where the events occurred?      ☑ Yes        ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the
prisoner grievance procedure?
☑ Yes        ☐ No

D.    If your answer is "NO," explain why  not: _____
_____
_____
_____

E.    If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 ___BP-9 , untimely appeal filing___

LEVEL 2 ___BP-10   BP-10 , untimely appeal filing___

LEVEL 3 ___BP-11 , resubmit at Regional level___

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes      ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.   Court: _____
   *(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____
   _____
   _____
   _____

5.   Name of Judge(s) to whom case was assigned:
   _____

6.   Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7.   Approximate date of filing lawsuit:_____

BP-A0288
JAN 17

**INCIDENT REPORT**

**U.S. DEPARTMENT OF JUSTICE**            **FEDERAL BUREAU OF PRISONS**

---

### Part I - Incident Report

| 1. Institution:    FCI Gilmer | | | Incident Report Number: | |
|---|---|---|---|---|
| 2. Inmate's Name:<br>Watkins, Wayne | 3. Register Number:<br>13966-029 | 4. Date of Incident:<br>10/21/17 | | 5. Time:<br>10:15 am |
| 6. Place of Incident:<br>C4 Cell 211 | 7. Assignment:<br>Education | | | 8. Unit:<br>C4 |
| 9. Incident:<br>Indecent Exposure | | 10. Prohibited Act Code(s)<br>300 | | |

11. Description of Incident (Date: 10/21/17   Time: 10:15 a.m. Staff became aware of incident):

On the above date and time I, Officer V. Matteson was conducting the 10:00am institutional count with officer D. Tenney on C4 side. When counting the range in cell 211 inmate Watkins, Wayne 13966-029 was peeing in the toilet facing the door, exposing himself to me.

| 12. Typed Name/Signature of Reporting Employee:<br>V. Matteson | 13.Date And Time:<br>10/21/17 11:11 am |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15 .Date Incident Report Delivered:<br>10·21·17 | 16. Time Incident Report Delivered: |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

_____
_____
_____
_____
_____

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s). _____ _____

B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

_____
_____

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

_____
_____

21. Date and Time of Action:_____(The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature)        Member (Typed Name)        Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

WD                          Prescribed by P5270                          Replaces BP-A0288 of AUG 11

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 21, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      GILMER FCI

TO   : WAYNE CHRISTOP WATKINS, 13966-029
       GILMER FCI     UNT: C    QTR: C04-211U
       P.O. BOX 5000
       GLENVILLE,   WV 26351


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 934309-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MARCH 20, 2018
SUBJECT 1       : UDC ACTION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ~~Wayn~~ Watkins, Wayne C          13966029          C4          F.C.I Gilmer

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**

I am appealing the UDC's decision of guilt against me on incident report #3047192 written on 10/24/2017. At this UDC hearing I was not given an opportunity to call witnesses or have camera surveillance ~~that~~ for C4 that day submitted to support my claims of innocence, which also violates my rights under inmate discipline code 5270.09. Officer V. Matteson has defamed my character with this report, and has put my life and safety at risk by labeling me as a sex offender, which is completely untrue. My witnesses along with the camera evidence would have proven officer Matteson had already passed my cell, there was no way I could have predicted that officer Matteson was going to double back and recount, otherwise out of respect for officer Matteson, being a female, I would have waited to use the restroom. Relief Requested: I would like this report exsponged from my record, as well as my email privileges reinstated, as well as the opportunity to transfer to another facility.

3/5/2018

DATE                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

---

DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 934309-F1

CASE NUMBER: 934309-F1

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 11, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : WAYNE CHRISTOP WATKINS, 13966-029
      GILMER FCI    UNT: C    QTR: C04-211U
      P.O. BOX 5000
      GLENVILLE,  WV 26351


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 936721-R1        REGIONAL APPEAL
DATE RECEIVED  : APRIL 11, 2018
SUBJECT 1        : UDC ACTION
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 3: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REJECT REASON 4: PROVIDE STAFF VERIFICATION STATING REASON UNTIMELY FILING
                 WAS NOT YOUR FAULT.

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Watkins, Wayne, C          13966-029     C4     F.C.I. Gilmer
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

See Attachment

3/28/2018
DATE

_Way C Hot_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received

APR 1 1 2018

Bureau of Prisons
MARO Regional Counsel

_____     _____
DATE                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE              CASE NUMBER: 936721-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____     _____
DATE               SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

I am appealing the UDC's decision of guilt passed against me on 10/24/2017 on incident report #3047192 written on 10/21/2017. In this report officer V. Matteson accuses me of indecent exposure because she witnessed me urinating during her recount. The UDC hearing consisted of my case worker Mr. Butler, my counselor Mr. Connelly, and myself. In this hearing, I was not given an opportunity to call witnesses or have the camera surveillance for C4 that day submitted to support my claims of innocence, which also violates my rights under inmate discipline code 5270.09. My witnesses along with camera evidence would have proven officer Matteson had already passed my cell. There is no way I could have predicted that officer Matteson was going to doubleback unannounced and recount, otherwise out of respect for officer Matteson being a female, I would have waited to use the restroom.

At this hearing, Mr. Butler assured me that this 300 series incident report was not

going to effect my ability to transfer to another facility when I submitted my transfer request at my team meeting that was set for 11/1/2017, only a week after I was found guilty on just officer V. Matteson's statement alone. At the team meeting on 11/1/2017, Mr. Butler informed me that I was in good conduct, my record was clean, and he was in full support of my request to transfer in which I submitted that day. Which is also why I did not appeal the incident report within the required 20 days. On 12/17/2017 I inquired about my transfer request to Mr. Butler and he informed me that Grand Prairie had denied my request for transfer because I did not have 18 months clear conduct on my record. In succession, during the 12 day lockdown F.C.I. Gilmer enforced in Febuary of 2018, my email privileges were revoked and now I am labeled as a sex offender. Officer Matteson has defamed my character with this report, and has put my life and safety at risk with other inmates by labeling me as a sex offender, which is

completely untrue.

Relief requested: I would like this incident report exsponged from my record. I would also like the ability to transfer to another facility.

Respectfully,

~~Way C. Wat~~

3-28-2018

Wayne C. Watkins

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 7, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : WAYNE CHRISTOP WATKINS, 13966-029
      GILMER FCI    UNT: C    QTR: C04-211U
      P.O. BOX 5000
      GLENVILLE,  WV 26351

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 936721-R2        REGIONAL APPEAL
DATE RECEIVED    : JUNE 4, 2018
SUBJECT 1        : UDC ACTION
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                INCLUDES MAIL TIME.

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Watkins, Wayne C          1396029          C4          F.C.I. Gilmer
　　　LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** The reason why this and my previous appeals are untimely is because I cannot get any co-operation whatsoever from the staff here at F.C.I. Gilmer. My Counselor here in Unit C4 Mr. Connelly, has informed me that due to this incident report I am now labeled as a sex offender and there is nothing he can do for me. After talking to Mr. Connelly, I approach the C4 Unit manager, Mr. Clem, I asked him if he could help me with reject reason #4 from the previous BP-10 I filed, which requested staff verification stating why untimely filing was not my fault. (Which also relates to reject reasons #2 and #3) Mr. Clem became very agitated and defended the actions of Mr. Butler (my case worker) whom of which - (see attachments)

5/25/18
DATE

Wayne C. Watkins
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received

JUN 0 4 2018

Bureau of Prisons
MARO Regional Counsel

_____          _____
DATE                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 936721-R2

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____          _____
DATE                       SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

(attachment A

declared my guilt on this incident. It was very clear Mr. Clem was not going to help. So I then approached Captain Yeager. He informed me that he was new and could not offer me any assistance and referred me to Assistant Warden Greenfield. A.W. Greenfield informed me that he understood my plight but was not going to give me the staff verification statement that I needed. He suggested that I ask Mr. Butler (my case worker) for my previous team sheets to try and prove that on Nov. 1, 2017, one week after declaring my guilt at my UDC hearing for this incident, that Mr. Butler did indeed report that I had a clean record and he was in full support of my transfer request (see attachment B). Now, following A.W. Greenfield's suggestion, I put in a request to Mr. Butler (my case worker) for all of my team sheets since my incarceration here at F.C.I Gilmer. It took Mr. Butler 3 weeks to respond to my requests (see attachment C) and he still only gave me the most recent team sheet which was not the one in question.

As stated earlier, I am recieving absolutely no help from the staff here at Gilmer. Also, due to the Gilmer inmate copy machine policy, I can only make copies of my legal work twice a week, Wednesday and Friday during lunch mainline, in which also adds to my frustration and the untimeliness of my appeals.

In 28. U.S.C. § 1746, under penalty of perjury, I Wayne C. Watkins declare all of the formentioned statements in this document to be true to the best of my knowledge.

Respectfully,

5/25/18    Wayne C. Watkins

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 11/1/17 |
| Mr. Butler | |
| FROM: Wayne Watkins | REGISTER NO.: 13966-029 |
| WORK ASSIGNMENT: Education P.M. | UNIT: C4 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue on back, if necessary.   Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am requesting a transfer to F.C.I. Oxford, WI of F.C.I Pekin, IL. Thank you for your co-operation.

*Way Watkins*

(Do not write below this line)

DISPOSITION:

ROUTED 11/17/17

| Signature Staff Member | Date |
| | 11/17/17 |

Record Copy - File; Copy - Inmate

WDP                                  Prescrib        1

This form replaces BP-148.07           t 86 and BP-S148.070 APR 94
FILE IN SECTION 6 UNLESS APPROPRIATE FOR F    DER            SECTION 6

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Butler | DATE: 5/15/18 |
|---|---|
| FROM: Wayne Watkins | REGISTER NO.: 13966029 |
| WORK ASSIGNMENT: Maint #4 | UNIT: C4 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Mr. Butler,

It has been almost 3 weeks since my original request for copies of all my team sheets since I have been here at F.C.I. Gilmer. I know you are very busy, so I figured I should send you another request to remind you.

(Do not write below this line)

DISPOSITION:

MOST RECENT REPORT IS ONLY ONE AVAILABLE THAT IS FILTERED FOR I/M AUTHORIZED POSSESSION

SEE ATTACHED. IF YOU HAVE QUESTION COME TO OPEN HOUSE

| Signature Staff Member | Date 5/18/18 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                         Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Prescribed FOLDER           **SECTION 6**

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 13, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : WAYNE CHRISTOP WATKINS, 13966-029
      GILMER FCI    UNT: C    QTR: C04-211U
      P.O. BOX 5000
      GLENVILLE,  WV 26351

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 934309-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : JUNE 26, 2018
SUBJECT 1       : UDC ACTION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 3: SEE REMARKS.

REMARKS         : DID NOT PROVIDE BP-9 WITH REGION, SO THEY ASSIGNED
                  A SEPARATE REMEDY ID. YOU MUST PROVIDE STAFF MEMO
                  TO JUSTIFY DELAY, AND RESUBMIT AT REGIONAL LEVEL.

*Inmate Watkins 13966-029 received this on 10/13/2018*

*C4 - Counselor*
*FCI Gilmer*

S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Watkins, Wayne, C.       #13966029       C4       F.C.I. Gilmer
　　　　LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** On 10/21/2017 I recieved an incident report (#3047192) from female officer V. Matteson here at F.C.I. Gilmer accusing me of indecent exposure for urinating during count. What officer V. Matteson failed to mention in this report is that I was sitting on my bunk when she and officer D. Tenney passed my cell for count. Then only officer V. Matteson doubled back for a recount unannounced, and this is when she witnessed me urinating and became upset. On 10/24/2017, at the U.D.C. hearing for this report which consisted of Mr. Butler (my caseworker), Mr. Connelly (my counselor), and myself. I was found guilty at this hearing without being able to present evidence to support claims of my innocence.
(See Attachments)

5/20/2018
　　　DATE

Wayn C. Watkr
　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUN 2 6 2018

Administrative Remedy Section
Federal Bureau of Prisons

_____          _____
　　　DATE                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION
SUBJECT:_____

_____          _____
　　　DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
JUNE 2002

PRINTED ON RECYCLED PAPER

Such as, witnesses and camera surveillance for my unit that day. These actions also violate my rights under inmate discipline code 5270.90. Also at this hearing, Mr. Butler assured me that this incident report was not going to interfere with my ability to transfer to another facility. Only a week later at my team meeting on 11/01/2017, Mr. Butler informed me that I was in good conduct, my record was clean, and he was in full support of my request to transfer in which I submitted that day. I did not file a timely appeal because of Mr. Butler's formentioned statements at my team meeting.

On 12/17/2017 I went to Mr. Butler to inquire about my transfer request and he informed me that the administration office in Grand Prarie, Texas had denied my request to transfer because I did not have 18 months clear conduct on my record. In succession, during a 12 day lockdown here at F.C.I. Gilmer during February 2018, my email privileges were revoked and my counselor informed me that now I am labeled as a sex offender. I have 3 children of my own which I have very close relationships with, officer V. Matteson has not only put my safety and my

life in danger with other inmates by labeling me as a sex offender, but also has embarrassed me, and defamed my character with this label that is horrifically insulting and completely untrue.

Relief requested: I would like this incident report expunged from my record, I would also like to request the ability to transfer to another facility.

8.    Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

I approached Unit manager Mr. Clem, informed him of my problem, he became very agitated, made it very clear he was not going to help me. I approached the captain, he was new, so he referred me to the A.W. Greenfield, who told me talk to the unit manager again.

E.    Did you exhaust available administrative remedies?
☑ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

I filed a BP-9, a BP-10 twice because I did not know I had to send the BP-9 with the BP-10, which got turned down twice, and then I filed a BP-11, which also got turned down, instructing me to go through the entire process again, which I did not because it took me a year to get this far.

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2.  Name and location of court and case number:

_____
_____
_____

3.  Grounds for dismissal:  ☐ frivolous   ☐ malicious
    ☐ failure to state a claim upon which relief may be granted

4.  Approximate date of filing lawsuit: _____

5.  Approximate date of disposition: _____

## V.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: That the Defendants while acting under color of the law, with malice intent, classified me as a sex offender under the Walsh Act in a Quasi Judicial hearing. Being overheard by third party person, defamation, in violation of the equal protection clause of the U.S. Constitution.

Supporting Facts: Officer V. Matteson was counting on Unit C4 at 10:15 am on 10/21/17 with Officer D. Tenney when I was sitting on the top bunk in cell 211/

when they past. I then proceeded to climb off my bunk and began to urinate, when female officer V. Matteson doublebacked unannounced and witnessed me urinating and became very upset. Thus writing incident report #3047192 against me.

CLAIM 2: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

CLAIM 3: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

CLAIM 4: _____

_____
_____
_____

Supporting Facts: _____

_____

**Attachment A**

CLAIM 5: _____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Severe mental anguish and severe anxiety, fearing that other inmates would learn of my Walsh Act Classification and bring physical retaliation and possibly even death from learning such knowledge. Defamation of my character.

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I am requesting the Court to exsponce incident report #3047192 from my record and eliminate the Walsh Act Classification that is upon me. I would also request the Court award me 17 million dollars as compensation for the injuries I have and still are enduring for the past 13 months. I would also request the Court to order the B.O.P. to transfer me to F.C.I. Oxford, Wisconsin so I can be close to my family and order the B.O.P. to remove the restriction between my co-defendant, Robert Carl Sharp #13228-026, and myself, as we are working on appeals together.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  F.C.I. Gilmer  on  12/17/2018  .
　　　　　　　(Location)　　　　　　　　　(Date)

Your Signature

Attachment E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Wayne Christopher
Watkins
*Your full name*

v.                                          Civil Action No.: _____

V. Matteson, L. Butler,
J. Connelly, Jennifer
Saad

_____
*Enter above the full name of defendant(s) in this action*

### Certificate of Service

I, Wayne Watkins (your name here), appearing *pro se*, hereby certify

that I have served the foregoing Bivens Action (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on 12/17/2018 (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)